### THIRD DEPARTMENT, APRIL, 1961

### (April 6, 1961)

■ In the Matter of LEVBOURNE REALTY Co., INC., et al., Respondents, v. INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Appellant. In the Matter of C. M. BARRETT & SONS et al., Respondents, v. INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Appellant.— Motion by appellant to restore appeal denied as moot. No order having been entered in this court dismissing the appeal and no stipulation in respect thereof having been made or filed in this court, the appeal continues until dismissed or discontinued by our order. On the merits of the proceedings below we think the appeal should be continued and not now dismissed. Respondent may move for dismissal on the argument. The record shall be perfected by appellant on or before April 27 and appellant ready for argument at the May Term. Motion for consolidation of appeals denied. The appeals may be heard together and will be so placed on the calendar on application of appellant. Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.

### (April 10, 1961)

■ (A) ROBERT SCHUYLER, an Infant, by His Guardian ad Litem, JANICE SCHUYLER, et al., Appellants, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 7, et al., Respondents. (B) In the Matter of RICHARD ROSENKRANSE, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent. (C) JAMES WEST, Respondent, v. IDA BRONNE, Appellant.· (D) In the Matter of WALTER BUCKLEY, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue on or before April 27, 1961 and be ready for argument at the term to commence May 15, 1961, in which event motions denied. Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.